

# Missouri Court of Appeals
## Southern District

**MARCH 30, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.   Case No.  SD33196

     Re:   STATE OF MISSOURI,
           Plaintiff-Respondent,
           v.
           TINA M. LUNEY,
           Defendant-Appellant.